

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Bishop, on behalf of himself and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>BBORAL INDUSTRIES, INC., a California Corporation; BORAL ROOFING, LLC, a Delaware Limited Liability Corporation; and DOES 1 to 10<br><br>**Defendant.** | **Civil Action No.** 18-cv-02701-BEN-MSB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's First Amended Complaint is dismissed with prejudice.

**Date:**     8/6/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler
　　　　　　　　　　　　　M. Exler, Deputy